# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

ANITA IDLER,

        Petitioner,    :    Case No. 3:19-cv-338

  - vs -        District Judge Walter H. Rice
                      Magistrate Judge Michael R. Merz

WARDEN,
  Dayton Correctional Institution,

                                :

        Respondent.

## RECOMMITAL ORDER

This habeas corpus case is before the Court on Respondent's Objections (ECF No. 10) to the Magistrate Judge's Report and Recommendations recommending that the writ of habeas corpus be granted (ECF No. 9).

The District Judge has preliminarily considered the Objections and believes they will be more appropriately resolved after further analysis by the Magistrate Judge. Accordingly, pursuant to Fed. R. Civ. P. 72(b)(3), this matter is hereby returned to the Magistrate Judge with instructions to file a supplemental report analyzing the Objections and making recommendations based on that analysis.

April  27 , 2020.

                                          /s/ Walter H. Rice (per Judge Rice authorization after his review)
                                                        Walter H. Rice
                                                    United States District Judge