AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Anita Idler | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:19-CV-338 |
| Warden, Dayton Correctional Institution | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Judgment in favor of Respondent and against Petitioner; Dismissing with Prejudice Petition Under 28 U.S.C. 2254 for Writ of Habeas Corpus; Denying Certificate of Apepalability and Leave to Appeal In Forma Pauperis .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Walter H. Rice on a motion for Report and Recommendations .

Date: 9/2/2020

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*